# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MAY 29, 2025

---

### NO. 03-25-00080-CR

---

**Donald Amos, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment of conviction entered by the trial court. Donald Amos has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Donald Amos to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2025

## NO. 03-25-00084-CR

**Donald Amos, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment of conviction entered by the trial court. Donald Amos has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Donald Amos to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.